# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RITTIRONG CHAROENPAP

VERSUS

THE STATE OF LOUISIANA
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.  2022 CW 0636

**AUGUST 12, 2022**

---

In Re:   State of Louisiana Department of Transportation and
Development, applying for supervisory writs, 21st
Judicial District Court, Parish of Livingston, No.
172341.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT